TROUTMAN PEPPER HAMILTON SANDERS LLP
Jessica Lohr, Bar No. 302348
jessica.lohr@troutman.com
11682 El Camino Real
Suite 400
San Diego, CA  92130-2092
Telephone: 858.509.6000
Facsimile:  858.509.6040

Attorney for Defendant
CAPITAL ONE BANK (USA), N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MELCHOR, CECILIA LAHR, RYAN CHILDERS, ALI KHOSOOI and JOAN WRIGHT, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>Defendant. | Case No.  3:22-cv-01371-RBM-BLM<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT CAPITAL ONE BANK (USA), N.A. TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:      March 27, 2023<br>Court:    Courtroom 5B, 5th Floor<br>Judge:   Hon. Ruth Bermudez Montenegro<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that, on March 27, 2023, (no oral argument), or as soon thereafter as counsel may be heard in Courtroom 5B of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Defendant Capital One Bank (USA), N.A. ("Capital One") will and hereby does move the Court for an order granting its Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Rule 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice, the pleadings and records on file herein, the declarations of Tami Kottke and Jessica Lohr, and on such other and further argument and evidence as may be presented, and all matters of which this Court may take judicial notice.

This Motion is made following the conference of counsel. Counsel for the Parties have extensively discussed this case by phone over the last few months, including with respect to the grounds for this Motion.

Dated:      January 31, 2023             TROUTMAN PEPPER HAMILTON
                                         SANDERS LLP


                                         By: */s/ Jessica Lohr*
                                              Jessica Lohr

                                              Attorney for Defendant
                                              Capital One Bank (USA), N.A.

CASE NO.  3:22-CV-01371-RBM-BLM