| | |
|---|---|
| Joshua B. Swigart (SBN 225557)<br>Josh@SwigartLawGroup.com<br>**SWIGART LAW GROUP, APC**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 866-219-3343<br>F: 866-219-8344 | Daniel G. Shay (SBN 250548)<br>DanielShay@TCPAFDCPA.com<br>**LAW OFFICE OF DANIEL G. SHAY**<br>2221 Camino del Rio S, Ste 308<br>San Diego, CA  92108<br>P: 619-222-7429<br>F: 866-431-3292 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MELCHOR, CECELIA LAHR, RYAN CHILDERS, ALI KHOSOOI & JOAN WRIGHT, individually and on behalf of all others similarly situated,<br><br>                     Plaintiffs,<br><br>vs.<br><br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>                     Defendant. | CASE No: 3:22-cv-01371-RBM-BLM<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

1

Notice of Voluntary Dismissal

1  In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs
2  Ashley Melchor, Cecelia Lahr, Ryan Childers, Ali Khosoosi and Joan Wright
3  ("Plaintiffs") voluntarily dismisses this action against Defendant Capital One Bank
4  (USA), NA ("Defendant") without prejudice.

Respectfully submitted,

Date: February 23, 2023            LAW OFFICE OF DANIEL G. SHAY

By:   s/ Daniel G. Shay
      Daniel G. Shay, Esq.
      DanielShay@TCPAFDCPA.com
      Attorney for Plaintiffs

2

Notice of Voluntary Dismissal